UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel HEALTH DIMENSIONS REHABILITATION, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:12CV00848 AGF |
| REHABCARE GROUP, INC.; REHABCARE GROUP EAST, INC.; REHAB SYSTEMS OF MISSOURI; and HEALTH SYSTEMS, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the motion to compel filed by Defendants RehabCare Group, Inc., and RehabCare Group East, Inc., on January 3, 2013. The moving Defendants seek an order compelling the Government to answer Interrogatory Nos. 13 and 14 of their first set of interrogatories. The moving Defendants also seek an order deeming the Government's privilege objections to discovery requests waived or, in the alternative, ordering the Government to produce a privilege log.

By Memorandum and Order dated March 4, 2013 (Doc. No. 198), the Court granted the motion to compel filed by the two other Defendants in this case, addressing interrogatories virtually identical to the ones involved in the present motion. For the reasons set forth in that Memorandum and Order, the Court will also grant the present motion to compel with respect to Interrogatory Requests 13 and 14.

Based on the Government's representation in its response to the motion to compel that it produced a privilege log on January 14, 2013, that part of the motion to compel will be denied as moot.

**IT IS HEREBY ORDERED** that the motion (Doc. No. 177) filed by Defendants RehabCare Group, Inc., and RehabCare Group East, Inc., to compel full responses to Interrogatory Requests 13 and 14 is **GRANTED**.  The Government shall fully respond to these Interrogatories within ten days of the date of this Memorandum and Order.

*[signature]*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 13th day of March, 2013.