# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel HEALTH DIMENSIONS REHABILITATION, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:12CV00848 AGF |
| REHABCARE GROUP, INC.; REHABCARE GROUP EAST, INC.; REHAB SYSTEMS OF MISSOURI; and HEALTH SYSTEMS, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Defendants RehabCare Group, Inc. and RehabCare Group East, Inc. (collectively "RehabCare") filed a motion to quash or for a protective order regarding the April 8, 2013 deposition of Patricia M. Henry. (Doc. No. 219.) On Thursday, April 4, 2013, the Court held a conference call with counsel from all parties to resolve the issue.

Consistent with the discussion on the April 4, 2013 conference call, counsel for all parties reached agreement on the number of depositions to be conducted by Plaintiffs. Also, agreement was reached by counsel for all parties that Patricia M. Henry's deposition and RehabCare's Rule 30(b)(6) deposition would be held on May 8 and 9, 2013.

Further, as agreed during the April 4, 2013 conference call, counsel for all parties will work together over the next few days to determine what specific medical information

would be sought from Tom Hudspeth's physician.  Should Hudspeth's health improve such that he can be available for deposition, Hudspeth shall promptly notify counsel so that his deposition in this matter may be scheduled.  Hudspeth shall not be permitted to testify at trial if he has not made himself available for deposition in accordance with this Order.

Accordingly,

**IT IS HEREBY ORDERED**, in light of the agreements reached in the conference call, that Defendant RehabCare's motion to quash or for a protective order regarding the April 8, 2013 deposition of Patricia M. Henry is **denied as moot.**  (Doc. No. 219.)

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 4th day of April, 2013.